IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 APR -2 PM 2: 04

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil No. **JFM14CV1032** |
| **$21,961.00 in U.S. CURRENCY,** | : | |
| **Defendant.** | : | |

: : : : : : :

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, the UNITED STATES OF AMERICA, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Stefan D. Cassella, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil forfeiture action against United States currency which was furnished or intended to be furnished in exchange for a controlled substance or listed chemical, or constituted proceeds traceable to an exchange of controlled substances or moneys used to facilitate a violation of 21 U.S.C. § 841, and therefore should be forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

### THE DEFENDANTS *IN REM*

2. The defendant property consists of $21,961.00 in United States currency (hereinafter, the "Defendant Property").

3. The Defendant Property was seized on September 16, 2013, from Vacshon Andre Brown pursuant to a traffic stop on Furnace Avenue in Elkridge, Maryland. The Defendant Property subsequently was placed in the custody of the United States Marshals Service in the District of Maryland where it remains.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881.

5. This court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the Defendant Property is located in this district.

## BASIS FOR FORFEITURE

7. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: (1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and (3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

8.      The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Maria E. Pena, Task Force Officer of the Drug Enforcement Administration, which is incorporated herein by reference.

**WHEREFORE**, THE Plaintiff prays as follows:

1. That any person or persons having any interest therein be cited to appear herein and answer the Complaint;

2. That a Warrant of Arrest *in rem* issue to the United States Marshal commanding the arrest of the Defendant Property;

3. That Judgment of Forfeiture be decreed against the Defendant Property;

4. That upon Final Decree of Forfeiture, the United States Marshal dispose of the Defendant Property according to law;

5. That the Plaintiff have such other and further relief as the case may require.

Dated: April 2, 2014

Respectfully submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY
District of Maryland

_/s/ Stefan D. Cassella_
Stefan D. Cassella
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Tel: (410) 209-4800

**DECLARATION**

This affidavit is submitted in support of a complaint for forfeiture of the seizure of **$21,961.00 in United States Currency (Asset ID# 13-DEA-591418).** The currency was seized from Vacshon Brown on November 12, 2013.

I, Maria E. Pena, task force officer of the Drug Enforcement Administration, submit that there are sufficient facts to support and reasonable belief that the $21,961.000 in U.S. Currency, was derived/purchased with proceeds from the cultivation, possession and distribution of Controlled and Dangerous substance in violation of 21 U.S.C. § 841, and is, therefore, forfeitable to the United States of America pursuant to 21 U.S.C. section 881(a) (6).

    a.    On September 16, 2013 at approximately 1:10 A.M, a member of the Howard County Police Department was on patrol on Furnace Avenue at Main St. Elkridge, when he observed a gray 2013 Honda Accord, Maryland registration 52625CE, that was directly in front of him. The officer noted that the Honda appeared to be traveling above the posted 25 MPH speed limit. The officer paced the Honda for .3 of a mile at 38 MPH in a posted 25 MPH zone. During the pace the officer noticed the Honda cross over the double yellow line, on two separate occasions.

    b.    The officer activated all emergency equipment and stopped the Honda on Furnace Avenue at the Anne Arundel County Line. The driver was identified as Vacshon Andre Brown by his Maryland Driver's License. A check through the computer system revealed that he had an active warrant through Maryland Transportation Authority for Failure to Appear. The system

also revealed extensive criminal history, to include a Felony drug conviction in 2000. The warrant was confirmed and Brown was removed from the Honda and placed under arrest for the Failure to Appear warrant.

c. A search of Brown incident to his arrest revealed that Brown was in possession of $1,510.00 in U.S. currency folded in half and bound with a single rubber band and an additional $451.00 in U.S. currency also folded in half but not bound. Brown was asked about the money and responded that the $1,510.00 was income from selling houses and the $451.00 was his strip club money. Brown was also in possession of two (2) cell phones. Based on Browns extensive criminal history, to include CDS and Weapon's Violations, and the large amount of U.S. currency a K-9 scan was conducted on the Honda. K-9 4(PFC Ensko) conducted a free air sniff of the Honda with a positive alert.

d. A search of the Honda was conducted at which time officers recovered a fully loaded with a round in the chamber, Bersa Thunder .45 caliber handgun along with a clear plastic baggie from the glove box. An inquiry of the weapon by the Maryland State Police Gun Center confirmed that the gun was listed as stolen through Gwinnet, Georgia. The plastic baggie contained 38 small clear plastic baggies with Heroin. Recovered from the arm rest were seven (7) additional cell phones. Officers search the trunk of the vehicle and recovered two large bundles of U.S. currency. Each bundle of currency was bound together by a rubber band. Each bundle contained $10,000.00 for a total of $20,000.00 seized from the trunk.

e.  Vacsho Andrea Brown was identified as the registered owner of the Honda. A wage record check revealed that Brown only had reported earnings totaling $2,560.00 in the second quarter of 2012 Brown was charged with Firearm/Drug Trafficking Crime, Transport of a Firearm after being Convicted of a Felony, Possession with Intent to Distribute Heroin, a Narcotic Drug, Handgun in a Vehicle, Use of a Handgun in Commission of a Felony and CDS Possession of Heroin. A total of $21,961.00 in U.S. currency was seized and submitted to the Drug Enforcement Administration for Administrative forfeiture.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. 1746 THAT THE FACTS SUBMITTED BY THE HOWARD COUNTY POLICE DEPARTMENT, IN REFERENCE TO THE SEIZURE OF $21,961.00 IN U.S. CURRENCY FROM VACLSJPM AMDRE BROWN ARE ACCURATE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF.

Maria E. Pena, Task Force Officer
Drug Enforcement Administration

## VERIFICATION

I, Stefan D. Cassella, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Drug Enforcement Administration and that everything contained therein is true and correct to the best of my knowledge and belief.

Dated: April 2, 2014

Stefan D. Cassella
Assistant United States Attorney